Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
dale.cendali@kirkland.com
joshua.simmons@kirkland.com

*Attorneys for Petitioner Take-Two Interactive Software, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re DMCA Subpoena to Microsoft Corporation | Case No. 1:26-mc-421<br><br>ECF Case |

**PETITIONER TAKE-TWO INTERACTIVE SOFTWARE, INC.'S REQUEST TO THE CLERK FOR ISSUANCE OF A SUBPOENA TO MICROSOFT CORPORATION**

Petitioner Take-Two Interactive Software, Inc. ("Take-Two") through its undersigned counsel of record, hereby requests that the Clerk of this Court issue a subpoena to Microsoft Corporation to identify alleged infringers at issue, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (hereinafter the "DMCA Subpoena"). The proposed DMCA Subpoena is attached hereto as Exhibit A.

The DMCA Subpoena is directed to Microsoft Corporation, the service provider of GitHub (a subsidiary of Microsoft Corporation). Github is the service provider of a website with the URL https://github.com/zyrexdz/cyberleek-leak-research to which the infringing content was posted.

This content infringes copyrights held by Take-Two for GRAND THEFT AUTO VI, proprietary software owned by Take-Two. *See* Decl. of D. Cendali ¶ 4. (hereinafter "Cendali

Decl."). The copyrighted material includes but is not limited to audiovisual content, artwork, images, dialogue, or other creative elements.

Take-Two has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

1. Take-Two has submitted a copy of the notification sent pursuant to 17 U.S.C. § 512(c)(3)(A) as **Exhibit 1** to Cendali Decl.
2. Take-Two has submitted the proposed DMCA Subpoena attached hereto as **Exhibit A** and a Proposed Order attached hereto as **Exhibit B**; and
3. Take-Two, through its counsel of record, has submitted a sworn declaration confirming that the purpose for which the DMCA subpoena is sought is to obtain the identity of an alleged infringer or infringers, and that such information will only be used for the purpose of protecting Take-Two's rights under Title 17 U.S.C. §§ 100, *et. seq*. *See* Cendali Decl. ¶5.

Having complied with the statutory requirements, Take-Two respectfully requests that the Clerk expeditiously issue and sign the proposed DMCA Subpoena pursuant to 17 U.S.C. § 512(h)(4).

Dated: New York, New York
August 20, 2026

KIRKLAND & ELLIS LLP

*/s/ Dale M. Cendali*

Dale M. Cendali
Joshua L. Simmons
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

dale.cendali@kirkland.com
joshua.simmons@kirkland.com

*Attorneys for Petitioner*
*Take-Two Interactive Software, Inc.*