# EXHIBIT 1

## Alex Aviles (T2 NY)

**From:** TK2NYC IP Enforcement2
**Sent:** Wednesday, August 19, 2026 11:28 AM
**To:** copyright@github.com
**Subject:** DMCA TAKEDOWN NOTICE

Dear Github team,

**I have read and understand GitHub's Guide to Filing a DMCA Notice.**

We are in-house counsel for Take-Two Interactive Software, Inc. parent company of Rockstar Games. We are writing to submit a takedown request regarding leaked content being hosted on GitHub that infringes on Take-Two's copyrights. The infringer is sharing the stolen content from our copyright, on the https://github.com/zyrexdz/cyberleek-leak-research repository.

Our copyrighted work is GRAND THEFT AUTO VI, which is a proprietary software owned by Take-Two Interactive, including but not limited to copyrighted audiovisual content, artwork, images, dialogue, or other creative elements.

The infringing material can be found here: https://github.com/zyrexdz/cyberleek-leak-research

The entire repository must be completely disabled, there are no remedies to rectify this clear case of infringement.

Alex Aviles/Take-Two Interactive Software, Inc.
IP Paralegal
110 W 44th St. New York, NY 10036
646-536-2842
IPEnforcement2@take2games.com

Infringers contact information: The page does not provide contact information.

I have a good faith belief that use of the copyrighted materials described above on the infringing web pages is not authorized by the copyright owner, or its agent, or the law. I have taken fair use into consideration. I swear, under penalty of perjury, that the information in this notification is accurate and that I am the copyright owner, or am authorized to act on behalf of the owner, of an exclusive right that is allegedly infringed.

**ELECTRONIC SIGNATURE BELOW:**

**Alex Aviles** | Paralegal

**Legal Department**
Take-Two Interactive, Software Inc.
110 West 44th Street, NYC 10036

Phone: 646-536-2842 Email: **IPEnforcement2@take2games.com**